UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN N. POCRNICH,<br><br>    Plaintiff,<br><br>  v.<br><br>DEBORAH ROGERS, JEREMY HAYCRAFT, DUSTIN LEVITT, and NEWTON CITY/POLICE DEPARTMENT,<br><br>    Defendants. | Case No. 22-cv-1146-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:  May 25, 2023**

MONICA A. STUMP, **Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT
                 DISTRICT JUDGE**